## McCormick Unemployment Compensation Case.

Argued April 13, 1967. *Dale Cleland*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.